December 4, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

CLAUDIA HARPER, INDIVIDUALLY AND AS INDEPENDENT CO-EXECUTRIX FOR THE ESTATE OF JAMES WESLEY CLERK, JR., AND ALICE CLARK, Appellants

NO. 14-14-00022-CV                  V.

KIRBY CORPORATION AND KIRBY INLAND MARINE, L.P., Appellees

_____

Today the Court heard appellants' motion to dismiss the appeal from the order granting a partial summary judgment signed October 28, 2013, and made appealable by an order of severance signed December 6, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.